IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ROY DAVID BLACKWELL,** §
§
Plaintiff, §
v. § Civil Action No. **3:13-CV-957-L (BH)**
§
**THE BRIDGE,** *et al.*, §
§
Defendants. §

## ORDER

This case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on April 12, 2013, recommending that Plaintiff Roy David Blackwell's ("Blackwell") claims, under 42 U.S.C. § 1983, be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2), and Blackwell's state law property claim be dismiss for lack of subject matter jurisdiction. Blackwell, who is proceeding *pro se*, did not file objections to the Report. After reviewing the pleadings, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses with prejudice** Blackwell's section 1983 claims for failure to state a claim upon which relief can be granted and dismisses **without prejudice** his state law property claim for lack of subject matter jurisdiction.

**It is so ordered** this 30th day of April, 2013.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page